# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 26, 2012

Robert P. Young, Jr.,
Chief Justice

145957

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

CHANCE WILSON AIKENS,
      Defendant-Appellant.

SC: 145957
COA: 307538
Wayne CC: 11-005259-AR

_____/

      On order of the Court, the application for leave to appeal the August 27, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 26, 2012

_____
Clerk

p1217